UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ADLPARVAR,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants. | Case No. 17-cv-04521-SK<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

By order dated August 9, 2017, the Court set a case management conference in this matter for November 6, 2017 at 1:30 p.m. The Court's Standing Order requires that all parties appear through lead counsel. John I. Burris, lead counsel for Plaintiff Ali Adlparvar, without leave of Court or notice to any of the parties, failed to appear at the case management conference held on November 6, 2017, in violation of this Court's orders and Northern District Civil Local Rule 16-10(c). No attorney appeared for Plaintiff. Accordingly, the Court HEREBY issues an ORDER TO SHOW CAUSE ("OSC") why monetary sanctions in the amount of $500 should not be imposed on counsel and why this case should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Mr. Burris shall respond in writing by no later than November 17, 2017 as to why such sanctions should not be imposed. Counsel is also admonished that, in his absence, the Court set dates at the case management conference to which he is bound.

**IT IS SO ORDERED**.

Dated: November 7, 2017



SALLIE KIM
United States Magistrate Judge