1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7 ALI ADLPARVAR,                    Case No. 17-cv-04521-SK

8              Plaintiff,

9        v.                          **CONDITIONAL DISMISSAL**

10 COUNTY OF ALAMEDA, et al.,        Regarding Docket No. 33

11              Defendants.

12       Defendants filed a notice of settlement in which they advised the Court that the above

13 captioned matter has settled and that, as part of the settlement, Plaintiff agreed to dismiss this

14 action with prejudice.  In light of the settlement, the Court HEREBY ORDERS that this action is

15 DISMISSED without prejudice; provided, however that if any party hereto shall certify to this

16 Court within sixty days, with proof of service, that the agreed consideration for settlement has not

17 been delivered over, the foregoing order shall stand vacated and this case shall be restored to the

18 calendar and set for trial.  If no certification is filed, after passage of sixty days, the dismissal shall

19 be with prejudice.

20       **IT IS SO ORDERED**.

21 Dated: January 24, 2018

22 _____

23 SALLIE KIM
   United States Magistrate Judge

24
25
26
27
28